# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Plaintiff(s),

vs.

Case No. __25-cv-313-DWF/ECW__
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☒    NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit. Please attach additional sheets
if necessary).

RECEIVED

JAN 27 2025

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name  Bruce John Archiebold Turner

   Street Address  8000 Hwy 55

   County, City  Hennepin, Rockford

   State & Zip Code  MN. 55373

   Telephone Number  612-840-4578

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a.  Defendant No. 1

   Name           City of Rock ford. mN. (municipal) Corp. state of Minnesota

   Street Address     6031 Main Street

   County, City     Hennepin , Rockford

   State & Zip Code   MN. 55373

   b.  Defendant No. 2

   Name     Michael C. Couri

   Street Address     705 Central Ave E,  P.O.Box: 369

   County, City   Wright , St. Michael, mN. 55376-0369

   State & Zip Code   MN. 55376-0369

   c.  Defendant No. 3

   Name

   Street Address

   County, City

   State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3.   What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Question          ☐ Diversity of Citizenship

4.   If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

5.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name:                          State of Citizenship:

Defendant No. 1:                         State of Citizenship:

Defendant No. 2:                         State of Citizenship:

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.** ☐

6.   What is the basis for venue in the District of Minnesota? *(check all that apply)*

☒ Defendant(s) reside in Minnesota    ☒ Facts alleged below primarily occurred in Minnesota

☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. See Attach case file.

City of Rock Ford mN. and city attorney Michael Couri

1. had 2 individual trespass onto my property

2. failed to provide ID

3. Instructed me that they are taking my private property.

4. Civil case #27-VB-24-1821 is not been completed.

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☒
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

1. Temporary Restrain both the city of Rock ford, mN and city attorney Michael Couri from violating my civil rights and attempting to remove my property.

2. Let case #27-VB-24-1821 heard in civil court in 4th District to conclude, and I want to appeal the summary judgement for I was not in attendence due to improper notification by city.

Signed this ___    day of __20th__ _January_ 2025 Monday

Signature of Plaintiff _____

Mailing Address

8000 Hwy 55 Rockford, mn. 55373

Telephone Number

612-840-4578

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.